No. 84–1829. ILLINOIS COMMERCE COMMISSION ET AL. v. INTERSTATE COMMERCE COMMISSION ET AL. C. A. D. C. Cir.

Certiorari denied.